# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

CHRISTOPHER ROBERT EDWARDS, SR., )
)
    Plaintiff, )
)
v. ) Case No. CV408-115
)
TRONOX PIGMENT, )
)
    Defendant. )

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Christopher Robert Edwards, Sr., brought this employment-discrimination case against Tronox Pigment, doc. 1, which has since bankrupted. Doc. 17. Tronox now moves to dismiss, doc. 19, arguing that the bankruptcy court has discharged Edward's claim, so his case must now be dismissed. Edward's response fails to address this point. Doc. 20. The motion to dismiss (doc. 19) should be **GRANTED** and this case should be dismissed with prejudice.

**SO REPORTED AND RECOMMENDED** this  11th  day of May, 2011.

_/s/ signature_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA