IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHRISTOPHER ROBERT EDWARDS, SR., )
)
Plaintiff, )
)
v. ) CASE NO. CV408-115
)
TRONOX PIGMENT, )
)
Defendant. )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 21), to which objections have been filed (Doc. 23). In his objections, Plaintiff again opines that "[b]ankruptcy should not be grounds of dismissing this employment discrimination case." (Id. at 1.) However, the Bankruptcy Code operates to discharge employment discrimination claims filed prior to a defendant's declaration of bankruptcy. See Conroy v. Delta Air Lines, Inc., 2008 WL 1994830, at *1-*2 (S.D. Fla. May 8, 2008) (unpublished). Therefore, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation, with the above addendum, is **ADOPTED** as the Court's opinion in this case and Defendant's Motion to Dismiss (Doc. 19) is **GRANTED**. As a result, Plaintiff's

complaint is **DISMISSED WITH PREJUDICE.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of June 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA